# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| United States of America, | ) | CASE NO. 1:00CR470 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Judge John R. Adams |
| - vs - | ) | |
| | ) | **O R D E R** |
| Ricardo Hernandez | ) | |
| | ) | |
| Defendant. | ) | |

      This matter was heard on June 14, 2006 before Magistrate Judge George J. Limbert, upon the request of the probation office for a finding that the defendant had violated the conditions of his supervised release. The defendant was present and represented by counsel. Magistrate Judge Limbert completed a Report and Recommendation finding that defendant did knowingly and voluntarily admit to the violations contained in #1 and #2 of the report as follows:

1) New Law Violation-On February 17, 2006, the offender was arrested by the Lorain Police Department, Lorain, Ohio, and charged with two counts of Domestic Violence. On March 2, 2006, the offender pled not guilty to one charge and no contest to the other. The first charge was dismissed and the offender was found guilty on the second charge. The offender was sentenced to1 year good behavior and was court ordered to complete counseling.

2) Failure to advise Probation Office of new arrest - Per the standard conditions of supervision, the offender failed to advise the Probation Office of his contact with law enforcement officers within a 72 hour period.

This Court held a final hearing on July 17, 2006 and adopts the report and recommendation of Magistrate Judge Limbert. Therefore, the defendant's sentence is continuance of his supervised release term with the additional conditions that he complete his service at the House of Praise and engage in mental health counseling as directed by the Probation Officer. All previous conditions remain in effect.

IT IS SO ORDERED.

Date: July 25, 2006         S/John R. Adams
                            JOHN R. ADAMS
                            UNITED STATES DISTRICT JUDGE